OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFIC P.O. BOX 12308 CAPITOL STATION AUSTIN TEXAS 78711 POSTAGE ⟩⟩ PITNEY BOWES

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

ZIP 78701  $ 000.27⁵
02 1W
0001401623 JUN. 08. 2015.

**6/3/2015**
**DODD, ROGER LAVOY**      Tr. Ct. No. 889698-E                    **WR-19,667-11**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ROGER LAVOY DODD
11421 BEECHNUT
HOUSTON, TX 77072

V A C

EBN3B 77072